# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CONDE, | Case No. 1:21-cv-01072-DAD-SKO |
| Plaintiff, | |
| v. | ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING PLAINTIFF TO FILE A RENEWED APPLICATION TO PROCEED IN FORMA PAUPERIS |
| DEPARTMENT OF THE TREASURY, et al., | (Doc. 4) |
| Defendants. | **30-DAY DEADLINE** |

Plaintiff Christopher Conde, a prisoner proceeding *pro se*, filed a complaint on July 9, 2021, along with an application to proceed *in forma pauperis*. (Docs. 1, 2.) On July 14, 2021, the undersigned issued an order finding that Plaintiff failed to provide a certified copy of his trust account statement and to comply with 28 U.S.C. §1915(a)(1), providing him another IFP application form, and directing him to file an amended IFP application that corrects the identified deficiencies within thirty days. (Doc. 3.) Plaintiff failed to file an amended IFP application within the time permitted, and the Court issued an order to show cause why the action should not be dismissed for his failure comply with the Court's order and for his failure to prosecute. (*See* Doc. 4.)

On September 22, 2021, Plaintiff filed certified copy of his prisoner trust account (Doc. 5), but neglected to file a renewed IFP application as ordered. Accordingly, it is HEREBY ORDERED that:

1. The order to show cause (Doc. 4) is DISCHARGED; and
2. Within thirty (30) days of the date of service of this order, Plaintiff shall file another application to proceed without the prepayment of fees.[1]  Alternatively, Plaintiff may pay the $402.00 filing fee for this action.  **Failure to comply with this order will result in the recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated:   **September 30, 2021**              /s/ *Sheila K. Oberto*             
                                             UNITED STATES MAGISTRATE JUDGE

---

[1] There is no need for Plaintiff to re-file his prisoner trust account statement.

2